2.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED
JUN 2 5 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ANGELICA STRUBHART, ET AL. | § § | |
| VS. | § | CIVIL ACTION NO. B-98-169 |
| SENTHA JO KERFINDAHL, ET AL. | § § | |

TYPE OF CASE: __X__ CIVIL  ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

SHOW CAUSE HEARING ON WHY THIS CASE SHOULD NOT BE DISMISSED FOR WANT OF PROSECUTION

WILL NOT BE HELD TELEPHONICALLY, WILL NOT BE CONTINUED AND ATTORNEY IN CHARGE IS ORDERED TO APPEAR

PLACE:

UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS

ROOM NO.:

SECOND FLOOR COURTROOM, #2

DATE AND TIME:

AUGUST 9, 2001 AT 1:30 P.M.

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    JUNE 22, 2001

TO:    MR. THOMAS J. HENRY