United States District Court
Southern District of Texas
FILED

JUL 1 7 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

ANGELICA STRUBHART, ET. AL. §
§
VS. § CIVIL ACTION NO. b-98-169
§
SENTHA JO KERFINDAHL, ET. AL. §

### PLAINTIFF'S NOTICE OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs file their Notice of Dismissal under Federal Rule of Procedure 41(a)(1)(i).

**I.**

Anglica and Beth Strubhart are Plaintiffs in the above styled cause. Sentha Jo Kerfindahl et. al. are Defendants.

**II.**

On November 13, 1998, Plaintiffs sued Defendants for injuries and damages.

**III.**

Defendants have not been served with process and have not filed an Answer or a Motion for Summary Judgment.

**IV.**

This case is not a class action, and a receiver has not been appointed.

**V.**

This action is not governed by any Statute of the United States that requires and Order of this Court for dismissal of the case.

**VI.**

Plaintiff has not dismissed an action based on or including the same claim or claims as those presented in this suit.

## VII.

This Dismissal is filed with prejudice.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiffs respectfully provide the Honorable Court their Notice of Dismissal.

Respectfully submitted;

**LAW OFFICES OF THOMAS J. HENRY**
5425 S. Padre Island Drive, Suite 180
Corpus Christi, Texas 78411
Phone: (361) 985-0600
Fax: (361) 985-0601

By: _____
Thomas J. Henry
State Bar No. 09484210
Federal Bar No. 12980
Keith M. Gould
State Bar No. 00795885
Federal Bar No. 22313