4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ANGELICA STRUBHART, ET. AL. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-98-169 |
| § | |
| SENTHA JO KERFINDAHL, ET. AL. § | |

### ORDER

On the 17th day of July, 2001, Plaintiffs filed their Notice of Dismissal. The Court finds that such Notice was provided at a time before the Plaintiffs had introduced all their evidence. As a result, the Plaintiffs' Dismissal is effective immediately.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' cause is hereby dismissed.

All relief not expressly granted is hereby denied.

**SIGNED** this __14th__ **day of** ___August___, 2001.

_____
**JUDGE PRESIDING**